UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Attorneys Liability
Protection Society, Inc.

v.                                        Civil No. 11-cv-00563-JL

Whittington Law Associates
PLLC, et al.


**ORDER AFTER PRELIMINARY
PRETRIAL CONFERENCE**


The Preliminary Pretrial Conference was held in chambers on

**March 5, 2012.**

The Discovery Plan (document no. 12) is approved as

submitted, with the following changes:

- Close of discovery - **May 18, 2012**

- Summary judgment deadline - **June 30, 2012**

- Bench trial - **TBD**

**Summary Judgment.**  The parties and counsel are advised that

compliance with Rule 56(e) and Local Rule 7.2(b), regarding

evidentiary support for factual assertions, and specification and

delineation of material issues of disputed fact, will be

required.

**Discovery disputes.**  Discovery disputes will be handled by

the undersigned judge, as opposed to the Magistrate Judge, in the

normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.


        **SO ORDERED.**

                                        _____
                                        Joseph N. Laplante
                                        United States District Judge

Dated: March 7, 2012

cc:  William L. Boesch, Esq.
     Gordon A. Rehnborg, Jr., Esq.
     R. Matthew Cairns, Esq.